# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

Case No.: 7:17-cv-00170-D

| | | |
|---|---|---|
| BRANDON A. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS |
| | ) | |
| v. | ) | |
| | ) | Fed. R. Civ. P. 12(b)(6), and |
| | ) | Local Civil Rules 7.1 and 7.2 |
| SMITHFIELD FARMLAND CORP., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant, Smithfield Farmland Corp. ("Smithfield" or the "Company"), by its attorneys, respectfully moves this Court to dismiss Plaintiff Brandon A. Moore's ("Plaintiff") Complaint with prejudice. In support of this motion, Smithfield submits the accompanying Memorandum of Law.

For the reasons stated in the accompanying memorandum, Smithfield respectfully requests the Court grant its motion and enter an order dismissing Plaintiff's claim with prejudice and awarding the Company costs, attorneys' fees, and such other relief as the Court deems appropriate.

Respectfully submitted this 15th day of September 2017.

                                                        **SMITHFIELD FARMLAND CORP.**

                                                        */s/ Melissa A. Romanzo*
                                                        Melissa A. Romanzo (NC Bar No. 38422)
                                                        HUNTON & WILLIAMS LLP
                                                        101 South Tryon Street, Suite 3500
                                                        Charlotte, North Carolina 28280

Telephone: (704) 378-4700
Fax: (704) 378-4890
Email: mromanzo@hunton.com

*Counsel for Defendant Smithfield Farmland Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September 2017, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Angela Newell Gray, Esq.
>7 Corporate Center Court, Suite B
>Greensboro, NC 27408
>angela@graynewell.com
>
>*Attorney for Plaintiff*

>    */s/ Melissa A. Romanzo*
>    Melissa A. Romanzo